CHARLES O. THOMPSON, SB# 139841
   E-Mail: thompsonc@lbbslaw.com
JEMMA A. PARKER, SB# 227962
   E-Mail: parkerj@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant CASA MUNRAS HOTEL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CASA MUNRAS HOTEL, LLC,<br><br>　　　　Defendant. | CASE NO. CV 08 2778<br><br>**CERTIFICATE OF INTERESTED ENTITIES [Local Rule 3-16]** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

///

///

///

4812-0369-5618.1

-1-

**CERTIFICATE OF INTERESTED ENTITIES [LOCAL RULE 3-16]**

1. CNA Insurance, 40 Wall Street, 7th Floor, New York, New York, 10005. Liability insurer of defendant Casa Munras Hotel, LLC.

2. Larkspur Hotels, LLC 125 East Sir Francis Drake Blvd., Suite 200, Larkspur, California, 94939. Owner of defendant Casa Munras Hotel, LLC.

DATED: June 23, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
CHARLES O. THOMPSON
JEMMA A. PARKER
Attorneys for Defendant CASA MUNRAS HOTEL, LLC

**CALIFORNIA STATE COURT PROOF OF SERVICE**
Johnson v. Casa Munras Hotel, LLC, et al. - USDC, Northern District, San Jose Division, File No. CV 08 2778

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400.

On June 23, 2008, I served the following document(s):

**CERTIFICATE OF INTERESTED ENTITIES [Local Rule 3-16]**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Thomas Stewart, III, Esq.
Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, CA 94517
Telephone: (925) 672-8452
Facsimile: (925) 673-1729
*Attorneys for Plaintiff*

The documents were served by the following means:

[] (BY FAX TRANSMISSION) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission containing the time, date, and sending fax machine telephone number, which I printed out, is attached.

[] (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

[ ] Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[] Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

[] (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[] (BY MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service. (A proof of service executed by the messenger will be filed in compliance with the Code of Civil Procedure.)

[] (BY PERSONAL SERVICE) I personally delivered the documents to the persons at the addresses listed above. [X] For a party represented by an attorney, delivery was made to

4832-6041-1650.1

the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or individual in charge of the office. [ ] For a party not represented by an attorney, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

[X]  **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 23, 2008, at San Francisco, California.

*Nicole S. Block*
Nicole S. Block

4832-6041-1650.1