CHARLES O. THOMPSON, SB# 139841
  E-Mail: thompsonc@lbbslaw.com
JEMMA A. PARKER, SB# 227962
  E-Mail: parkerj@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant CASA MUNRAS HOTEL, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON, | CASE NO. CV 08 2778 |
| Plaintiff, | **DEFENDANT CASA MUNRAS HOTEL, LLC'S RULE 26 INITIAL DISCLOSURES** |
| v. | |
| CASA MUNRAS HOTEL, LLC, | |
| Defendant. | |

Defendant CASA MUNRAS HOTEL ("defendant") hereby makes the following initial disclosures pursuant to Federal Rules of Civil Procedure, Rule 26(a)(1):

**A.   WITNESSES**

The name, address and telephone number of each person likely to have discoverable information which defendant may use to support its defenses to plaintiff SCOTT JOHNSON's claims are:

1. Scott Johnson, PLAINTIFF
   C/O Thomas N. Stewart, III, Esq.
   369 Blue Oak Lane, 2nd Floor
   Clayton, CA 94517;

2. Jim Hansen, Larkspur Hotels, LLC, Executive Vice President
   C/O Jemma Parker, Lewis Brisbois Bisgaard & Smith, LLP
   One Sansome Street, Suite 1400
   San Francisco, CA 94117;

4813-7619-2770.1

-1-

**DEFENDANT CASA MUNRAS HOTEL, LLC'S RULE 26 INITIAL DISCLOSURES**

3. Meredith Wood, Casa Munras Hotel, LLC, General Manager, DEFENDANT;
C/O Jemma Parker, Lewis Brisbois Bisgaard & Smith, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94117;

4. Kim Blackseth, Expert & Consultant
Kim R. Blackseth Interests, Inc.
310 17th Street
Oakland, CA 94612;

5. Other representatives of defendant Casa Munras Hotel, LLC, to be determined;

6. Other representatives of Larkspur Hotels, LLC, to be determined; and

7. Other expert(s) to be determined.

Defendant reserves the right to use expert testimony at trial.

Defendant reserves the right to amend, modify and supplement this list of witnesses.

Defendant reserves the right to identify and call as witnesses each person identified by plaintiff and/or any other party to this action.

Defendant's investigation and discovery in this action is continuing and Defendant reserves the right to amend, modify and supplement these disclosures as it may deem necessary and appropriate based on its discovery of additional information.

**B.   DOCUMENTS**

Defendant will produce all relevant, non-privileged documents in its possession related to accessibility and plaintiff, any or all of which may be relied upon to support its defenses to plaintiff's claims, including but not limited to:

1. Future accessibility reporting by expert Kim Blackseth;

2. Photographs of pertinent areas within the Casa Munras Hotel;

3. Possible architectural and engineering drawings, possible plans and schematics of Casa Munras Hotel;

4. Any and all correspondence or writings between defendant and any other party to this action; and

5. Correspondence or writings between defendant and contractors who have worked on the premises at issue.

///

1  Defendant reserves the right to augment, amend, modify and supplement this list of
2  documents.
3  Defendant reserves the right to offer and use as evidence all documents identified and
4  disclosed by plaintiff and/or any other party to this action.
5  Defendant's investigation and discovery in this action is continuing and it reserves the right
6  to augment, amend, modify and supplement these disclosures as it may deem necessary and
7  appropriate based on their discovery of additional information.

### C. COMPUTATION OF DAMAGES

Defendant herewith discloses the following computation of damages:

Not applicable. Defendant reserves the right to claim attorney fees and costs, if such fees and costs later become applicable.

### D. INSURANCE AGREEMENTS

Defendant will produce the relevant policy of insurance, pursuant to Federal Rule of Civil Procedure 34.

In providing the disclosures herein, defendant has complied with the Initial Disclosure requirements of Federal Rules of Civil Procedure, Rule 26(a)(1).

DATED: July 30, 2008                 LEWIS BRISBOIS BISGAARD & SMITH LLP


                                     By _____
                                        Jemma A. Parker
                                        Attorneys for Defendant CASA MUNRAS HOTEL,
                                        LLC

**CALIFORNIA STATE COURT PROOF OF SERVICE**
Johnson v. Casa Munras Hotel, LLC, et al.
USDC, Northern District, San Jose Division, File No. CV 08 2778

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400.

On July 31, 2008, I served the following document(s):

**DEFENDANT CASA MUNRAS HOTEL, LLC'S RULE 26 INITIAL DISCLOSURES**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Thomas Stewart, III, Esq.
Attorney at Law
369 Blue Oak Lane, 2nd Floor
Clayton, CA 94517
Telephone: (925) 672-8452
Facsimile: (925) 673-1729
*Attorneys for Plaintiff*

The documents were served by the following means:

[] (BY FAX TRANSMISSION) Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission containing the time, date, and sending fax machine telephone number, which I printed out, is attached.

[] (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

[ ] Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[] Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

[] (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[] (BY MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service. (A proof of service executed by the messenger will be filed in compliance with the Code of Civil Procedure.)

[] (BY PERSONAL SERVICE) I personally delivered the documents to the persons at the addresses listed above. [X] For a party represented by an attorney, delivery was made to

4832-6041-1650.1

the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or individual in charge of the office. [ ] For a party not represented by an attorney, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

[X]   **(BY COURT'S CM/ECF SYSTEM)**  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 31, 2008, at San Francisco, California.

_Nicole S. Block_
Nicole S. Block

4832-6041-1650.1